March 13, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

### NO. 15-24-00033-CV

ROBERT WAYNE MITCHELL, Appellant

V.

BRYAN COLLIER IN HIS OFFICIAL CAPACITY AS EXECUTIVE
DIRECTOR OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
Appellee

This cause, an appeal from an order in favor of appellee, Bryan Collier in his official capacity as Executive Director of the Texas Department of Criminal Justice, signed, April 25, 2024, was heard on the appellate record. The record shows that the trial court and this court lack subject matter jurisdiction. We therefore order the trial court's order granting Collier's plea to the jurisdiction **VACATED** and order the appeal **DISMISSED**.

We further order this decision certified below for observance.

Judgment Rendered March 13, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.